[No. 8571–9–I.  Division One.  June 29, 1981.]

DANIEL RASOR, ET AL, *Respondents,* v. EDWARD C.
PATILLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–02747–6, Maurice M. Epstein, J. Pro

Tem., entered March 5, 1980. *Dismissed* by unpublished per *curiam* opinion.